

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00591-CR

**IN RE** Larry Dwayne **NEWTON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Marialyn Barnard, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: September 3, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On August 15, 2014, relator filed a pro se petition for writ of mandamus seeking an order from this court directing the district clerk of Guadalupe County to correct the judgment in his underlying criminal proceeding. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). Relator does not establish that the writ is necessary to enforce our jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 09-2377-CR, styled *The State of Texas v. Larry Dwayne Newton*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding.